**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ramon MOYERS–TORRES,
Defendant–Appellant.**

No. 02–50466.

D.C. No. CR–02–00019–VAP.

United States Court of Appeals,
Ninth Circuit.

---

Submitted July 21, 2003.*

Decided July 24, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM**

Ramon Moyers–Torres appeals his guilty-plea conviction and 46–month sentence for being an alien found in the United States following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Moyers–Torres has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Moyers–Torres has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.